550 New

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983**

Name KREYLING   DANIEL   A
(Last)            (First)         (Initial)

Prisoner Number 206696   SAN MA...

Institutional Address 300 BRADFORD ST, SAN MATEO, CA, 94063

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DANIEL ANTHONY KREYLING
(Enter the full name of plaintiff in this action.)

vs.

SAN MATEO COUNTY SHERIFF'S DEPT, SAN MATEO COUNTY JAIL, DEPUTY SHERIFF MARTIN

(Enter the full name of the defendant(s) in this action)

Case No. SC059862 A
(To be provided by the Clerk of Court)

CV 08 2006 JSW (PR)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1.  Exhaustion of Administrative Remedies.

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.  Place of present confinement SAN MATEO COUNTY JAIL

    B.  Is there a grievance procedure in this institution?

        YES (✓)   NO ( )

    C.  Did you present the facts in your complaint for review through the grievance procedure?

        YES (✓)   NO ( )

    D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

1. Informal appeal **1-23-08 + 1-22-08 TOLD TO FILL A WRITTEN GRIEVANCE**

2. First formal level **1-24-08 FILLED GRIEVANCE FORM**

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**DANIEL ANTHONY KREYLING, SAN MATEO COUNTY JAIL, 300 BRADFORD STREET REDWOOD CITY CA 94063**

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

**DEPUTY SHERIFF MARTIN, DEPUTY SHERIFFS**

COMPLAINT                         - 2 -

1 OFFICE, AND SAN MATEO COUNTY JAIL.
2
3
4
5 III.   Statement of Claim.
6        State here as briefly as possible the facts of your case. Be sure to describe how each
7 defendant is involved and to include dates, when possible. Do not give any legal arguments or
8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9 separate numbered paragraph.
10 MY RIGHT TO VOTE WAS VIOLATED BY DEPUTY
11 MARTIN ON 1-22-08 TUESDAY AT 1243 HRS
12 IN CELL #2-S25 AS HE PREVENTED ME
13 FROM RECIEVEING MY BALLOT TO VOTE.
14 IT WAS HIS RESPONCEBILITY TO PRESERVE
15 MY CONSTITUTIONAL RIGHTS TO VOTE NOT
16 STOP IT.
17 I HAVE NEVER BEEN CONVICTED OF A FELONY
18 AND THE COURTS FIND FIND ME FULLY COMPETENT
19 TO VOTE.
20 THIS SHERIFF IS ALSO THE SUBJECT OF
21 MANY OTHER GRIEVANCES
22
23 IV.   Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 DISSAPLINARY ACTION'S ON THIS DEPUTY MARTIN
27 AND MONETARY COMPENSATION'S
28

COMPLAINT                    - 3 -

1
2
3
4

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7      Signed this ___7TH___ day of ___APRIL___, 20_08_

8

9                                    _David Anthony Kreyly_

10                                        (Plaintiff's signature)

COMPLAINT                      - 4 -