5-12-2008

TO:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REG: CASE # CV 02006 JSW (PR)

PLEASE NOTE THAT AT THIS MOMENT I AM SEEKING REPRESENTATION, AS I AM IN _____ JAIL PENDING CHARGES ON A CRIMINAL CASE.

E-FILLING _____ TIME. I WILL FIND LEGAL REPRESENTATION SOON.

THANK YOU,
Gail A. Kraus