1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL ANTHONY KREYLING, | ) | No. C 08-2006 JSW (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| SAN MATEO COUNTY SHERIFF'S DEPARTMENT, | ) | |
| Defendants. | ) | |

    An order of judgment is hereby entered DISMISSING this action without prejudice.

    IT IS SO ORDERED.

DATED: May 30, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL A KREYLING,

    Plaintiff,

v.

SAN MATEO COUNTY et al,

    Defendant.

Case Number: CV08-02006 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel A. Kreyling
San Mateo County Jail
#206696
300 Bradford Street
San Mateo, CA 94063

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk